STONEHILL CAPITAL MANAGEMENT, LLC, et al., Appellants, v BANK OF THE WEST, Respondent, et al., Defendant.

Submitted June 13, 2016; decided June 23, 2016

Motion by Loan Syndications and Trading Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of the Claim of JOSHUA A. ARNOLD, Respondent. JUST ENERGY NEW YORK CORPORATION, Appellant; COMMISSIONER OF LABOR, Respondent. (And 14 Other Related Proceedings.)

Submitted May 23, 2016; decided June 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

RAMANDEEP BADWAL, Respondent, v AVTAR S. BADWAL, Appellant.

Submitted May 31, 2016; decided June 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ELVIS CASTILLO, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted May 23, 2016; decided June 30, 2016

Motion for reargument of motion for leave to appeal denied [see 27 NY3d 972 (2016)].